WR-61,119-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/22/2016 1:55:03 PM
Accepted 12/23/2016 1:59:46 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS
## FOR THE STATE OF TEXAS
## AUSTIN, TEXAS

| | | |
|---|---|---|
| **EX PARTE** | § | |
| | § | |
| | § | **NOS. WR-61,119-14** |
| | § | **WR-61,119-15** |
| **BRAD MICHAEL CHILDERS** | § | **WR-61,119-16** |


### TRIAL COURT NOS. 380-81373-02(W) HC4, 380-81374-02 (W) HC4, 380-81375-02 (W) HC4

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | **380TH JUDICIAL DISTRICT** |
| | § | |
| **BRAD MICHAEL CHILDERS** | § | **COLLIN COUNTY, TEXAS** |


### SUPPLEMENTAL EXHIBITS IN SUPPORT OF
### AMENDED APPLICATIONS FOR WRITS OF HABEAS CORPUS

**TO THE HONORABLE JUDGES OF SAID COURT:**

   **NOW COMES** the Applicant, BRAD MICHAEL CHILDERS, and submits these supplemental exhibits in support of amended applications for writs of habeas corpus and would show the following:

RECEIVED IN
COURT OF CRIMINAL APPEALS

December 23, 2016

ABEL ACOSTA, CLERK

I.

Applicant's amended writ applications allege that the state withheld exculpatory evidence of another person committing similar robberies in the same geographical location and during the same time period that the robberies occurred that Childers was convicted of. This person is Jonathan Clark. In connection with these writ applications, Applicant's counsel submitted an open records request to the Plano Police Department for records concerning the three robberies which Applicant was convicted of.

II.

The attached records from this open records request show the following:

The following witnesses and victims from the three robberies which Applicant was convicted of all stated that the person who committed these robberies had brown eyes.

Crissy Starkey

Tara Ricklefs

Sheela Singh

Police reports and witness statements showing this are attached.

Also, among the records produced by the Plano Police Department in this open records production was a form entitled "Plano Police Department Supplemental Warrant Information" and a form entitled "Collin County Criminal District Attorney

Plano Police Department Case Report Form." Both of these forms state that Applicant, Brad Childers, has blue eyes.

Other information before the court shows that Clark has brown eyes.

III.

The fact is that the description given by the victims and witnesses of the person committing the robberies which Childers was convicted of better matches Clark than Childers. This is additional evidence indicating that the fact that the Plano Police were aware that Clark was committing similar robberies to the ones Childers was charged with constitutes exculpatory evidence that should have been revealed to Applicant's counsel.

Respectfully submitted,

<u>      /s/ Gary A. Udashen            </u>
GARY A. UDASHEN
Bar Card No. 20369590
gau@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214-468-8100
214-468-8104 fax

Attorney for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Supplemental Exhibits in Support of Amended Applications for Writs of Habeas Corpus was electronically delivered to the Collin County District Attorney's Office, on this the 22nd day of December, 2016.

/s/ Gary A. Udashen

GARY A. UDASHEN

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 73.1, undersigned counsel certifies that this document complies with:

1.      the type-volume limitation of TEX. R. APP. P. 73.1(d) because this memorandum contains 290 words.

2.      the typeface requirements of TEX. R. APP. P. 73.1(e) because this memorandum has been prepared in a conventional typeface using WordPerfect X5 in 14-point Times New Roman.

/s/ Gary A. Udashen

GARY A. UDASHEN

# EXHIBIT

## OPEN RECORDS PRODUCTION
## FROM PLANO POLICE DEPARTMENT

AGENCY: 00                    INCIDENT REPORT        DATE PREPARED: 11/29/02
                                                    INCIDENT  NO:  200200051551

```
********************
* OFFENSE NARRATIVE *
********************
```

On 06/03/02 at approximately 1311 hours, I (Officer Tilly #1471)
was dispatched to 6505 West Park Blvd. Suite 314 at the Marble
Slab Creamery regarding an aggravated robbery that had just
occurred.

Upon my arrival, I spoke with witness, Crissy Starkey (W/F        ),
who stated she walked into the Marble Slab Creamery at approximately
1309 hours and observed a white male approximately 6', 160 pounds,
wearing a white baseball cap, clean shaven, brown hair, brown eyes,
a yellow collarless short-sleeved shirt with horizontal stripes
and khaki pants carrying a white plastic bag with an American flag
on the side, exiting the store, walk out the door and then walk
north towards the Albertson's in the same shopping center as the
Marble Slab Creamery.

I then spoke with the victim, Mohammad E. Jamal (P/M        ),
who stated approximately 1305 hours a white male subject walked
into his store to purchase an ice cream cone.  Mr. Jamal stated
as he was fixing the subject's ice cream cone he noticed the
subject appeared to be very tense.  Mr. Jamal then walked down
towards the cash register and the subject followed him down there
and then pulled a black handgun out of the right portion of his
pants and pointed the gun at Mr. Jamal, telling him to open the
register.  Mr. Jamal stated the subject then walked around a
cake display located within the store and then through a
swinging door and then put the handgun, which the subject was
holding in his right hand, back into his front portion of his
khaki pants.  He then removed the money out of the cash register,
pulling up a white bag with an American flag on it that was
plastic and then placing the money inside the white plastic bag.
The subject then asked Mr. Jamal where his phone was and looked
in the back of the store, dumped his ice cream cone that Mr.
Jamal had presented him into a yellow mop bucket when Ms.
Starkey walked into the store.  Mr. Jamal stated the white male
then exited the store and walked northbound towards the Albertson's
store.  Mr. Jamal stated the subject to be approximately 6' tall,
thin build, brown hair, brown eyes, wearing a white baseball cap
and a yellow shirt with horizontal stripes and clean shaven.
Mr. Jamal stated he believed the subject to be between the ages
of 18-24 years of age.  Mr. Jamal stated the subject took
approximately $100 in currency bills out of the register prior
to leaving the store.

ID responded on scene to take photos and attempt to lift
fingerprints from the crime scene.  Detective Marks arrived on
scene for representation for CID.

```
********************
* OFFENSE NARRATIVE *
********************
```

During the course of investigation of this call, a second robbery
came out under file #02-51555 located at 2100 Dallas Parkway
at Parkwood Cleaners, which had a similar description of the
suspect as this robbery with the exception of a different
color of baseball cap and different color shirt.  There was
also a third robbery under file #02-51565 at 5960 West Parker
Road Suite 224 at the General Nutrition Center giving another
similar description as our suspect.

I observed two cameras inside the front portion of the store
at the Marble Slab Creamery but Mr. Jamal stated the
cameras were activated but they were not being recorded
even though there was a recorder hooked up to the camera
system.

Prior to my leaving the scene, I walked up towards the north
of the shopping center to check the trash cans for possibly
the suspect dropping the white plastic bag or any other information
that might be evidence in this crime.  Detective Marks and I
made contact with the management at the Albertson's grocery
store and viewed their tape of the cameras in the parking lot
attempting to see if we could locate the subject on tape.  We
were unable to do so.

Officers entering into the crime scene included my back-up Officer
Jackson #1230, PSO Eldridge P938, Detective Marks and myself.
No other information was obtained regarding this aggravated
robbery.

CID follow-up is requested.  A case report has not been completed.

MLC
06/04/02

# VOLUNTARY STATEMENT

FILE NO. 02-051951

WITNESS

My name is _Crissy Starkey_, my birth date is ___/___/___, I understand that I am not under arrest or detained in any manner, and that I am, in fact, free to leave at any time. I reside at

Address: _6201 Windhaven Pkwy #1617_, City: _Plano_, State: _TX_ Zip Code: _75093_

My occupation is _Analyst_, and I am employed by _Capital One Auto Finance_.

My home phone number is _469-366-2844_. My work phone number is _469-241-7000 x3635_

My cellular phone number is _214-289-2504_. My pager number is _____.

I am voluntarily making the following statement to: _Ofc. Tilley #1471_, a Police Officer for the City of Plano, Collin County Texas.

CS) I witnessed a 18-20 yrs old white male walk past me carrying a white plastic bag with money inside. The male was approx. 6' tall brown hair brown eyes. Thin build wear a yellow shirt with horizontal stripes a white baseball cap. Khaki pants

The male left the building and went to the right

CS

I have read each page of this statement consisting of _1_ page(s), each page of which bears my signature and corrections, if any, bear my initials, and I certify under penalty of perjury that the facts contained herein are true and correct.

Dated at _1:35_, this _3rd_ day of _June_ 20 _02_

_Crissy Starkey_
Signature of person giving voluntary statement

WITNESS: _____

WITNESS: _____
Subscribed and sworn to before me by on this the _____ day of _____ A.D. 20 ___.

Notary Public in and for Collin County, Texas _____

AGENCY: 00                    INCIDENT REPORT          DATE PREPARED: 11/29/0:
                                                       INCIDENT  NO:  2002000515555

********************
* OFFENSE NARRATIVE *
********************

On Monday 6/3/02 I, Officer Wolf-1452, along with Officer
McCrary-1188, were working a 2-man until in patrol D-Sector
assigned to beat 248 when we were dispatched to a robbery
that had just occurred at the Parkwood Cleaners which is
located at 2100 N Dallas Pkwy #112 inside the city limits
of Plano, Collin County, TX.  The weather was sunny and
clear.  Officer McCrary dropped this officer off at the
Parkwood Cleaners to speak with the reporting party and
witness while he continued to drive the area searching
for the suspect.

Officer McCrary-1188 spoke with employees at the Super
Target located at Park and Parkwood and observed them to
have a parking lot video camera which does tape the entire
parking lot.  While at the scene I, Officer Wolf-1452,
spoke with reporting party Tara Lea Ricklefs (W/F
who was working as the customer service/cashier for the
Parkwood Cleaners located at 2100 N Dallas Pkwy, suite 112.
Ms. Ricklefs states that, "About 1:25 man, 5'10"-5'11", white
male, about 22-26 years old, came in asking for job informa-
tion.  I explained the position available, then when I asked
for his name and phone number he lifted his shirt which was
a red shirt with a white shirt under it, blue jeans, red
cap, brown hair, short, 160-170 pounds, brown trim moustache,
brown eyes.  After he lifted his shirt, pulled black gun,
automatic, and told me this was a robbery, stay right where
I was and open the register, now don't move.  He grabbed
the cash and the drawer and empty it, grabbed a laundry
bag which he put the cash in and went out the front door."

Ms. Ricklefs provided a voluntary written statement which
is attached to this report for all intents and purposes.
Ms. Ricklefs was obviously shaken, very nervous and panicked
and appeared near tears.  Ms. Ricklefs initially had trouble
speaking with this officer due to her apparent fear and
panic at the just-occurred robbery.  Ms. Ricklefs walked me
through the suspect's entrance into the cleaners, through
the right hand door of the double doors to the counter where
he spoke with Ms. Ricklefs for several minutes about job
information before finally coming around the right side of
the desk to the cash register where he then raised his shirt
and pulled a black automatic handgun from the front of his
waist with his right hand and pointed it at her abdomen/thigh
area while informing her that this was a robbery.  Ms. Ricklefs
stated that the suspect then saw witness Mary Ann Young pull
into the front of the cleaners and approach the store, at

```
*********************
* OFFENSE NARRATIVE *
*********************
```

which point he left the store walking normally northbound
into the shopping center.

I then spoke with witness Mary Ann Young (W/F          ) who
stated, "I pulled up to Parkwood Cleaners to drop off dry
cleaning and a man was leaving the cleaners on foot.  He had
a black bag in hand and was walking north on the sidewalk.
He was approximately 5'11", W/M, early to mid 20's in age,
dark brown hair, clean cut, wearing a white shirt, jeans and
red cap.  As I entered the cleaners he was approximately 10
feet down the walkway."

Ms. Young then told me that Ms. Ricklefs informed her of the
robbery at which point, she ran back outside with her cell
phone to call 911.  She no longer observed the W/M suspect she
had seen leaving the store, however, she did see a maroon unknown
make and model vehicle driving through the parking lot. (It is
unknown if this vehicle has any relevance to the robbery.)

Ms. Young provided a voluntary written statement which is attached
to this report for intents and purposes.  CID and ID were called
to the scene.  After ensuring the crime scene was secure, I
walked northbound through the immediate shopping area and spoke
with the businesses north of Parkwood Cleaners to the corner of
their building.  I was unable to locate any cameras or other
witnesses to this crime.

ID tech, J. Rhinebarber arrived to process the scene, however,
only the front door used by the suspect had any retrievable
prints.  Detective DeLeon arrived to the scene and interviewed
the reporting party, witness and victim.  Before leaving the
Parkwood cleaners, I was advised by the owner, victim, Green,
that per the cash register tape the register was opened at 1319
hours and $326.19 in cash was taken from the drawer.

No further information is available at this time.  A case report
was not completed by this officer due to lack of suspect information.

CID follow up requested.

pj
vo
06/04/02

# VOLUNTARY STATEMENT

WITNESS

My name is _Tara Newport Rickless_, my birth date is _____, I understand that I am not under arrest or detained in any manner, and that I am, in fact, free to leave at any time. I reside at

FILE NO. _02-51555_

Address: _6400 Ohio #512_, City: _Plano_, State: _TX_ Zip Code: _75024_

My occupation is _Customer service_, and I am employed by _Mr Green Village_

My home phone number is _972 758 3389_. My work phone number is _972-769-9155_

My cellular phone number is _____. My pager number is _____.

I am voluntarily making the following statement to: _OFC. J. Wolf_, a Police Officer for the City of Plano, Collin County, Texas.

about 1:35 man 5'10" to 5'11" White male about 22-28 yr old came in asking for ph information. I explained the position avaible them. When I ask for this name and phone number he left. His shirt which was Red shirt, white shirt under it Brown pants red shirt, 160 Th-170, Brown trim mustash Brown eyes. - After he lifted his shirt Pulled Black Gun automatic and told me this was a robbery stay right were I was and open the register now, Dont move. He grabed the Cash and the drawyer and empty it, grabbed a laundry bag which he put all the cash in and went out the front door

T.R. T.R. T.R. T.R.

I have read each page of this statement consisting of ___ page(s), each page of which bears my signature and corrections, if any, bear my initials, and I certify under penalty of perjury that the facts contained herein are true and correct.

Dated at _1:50 pm_, this _June_ day of _3_ 20_22_.

WITNESS: _Wolf 1452_

_Tara Rickless_
Signature of person giving voluntary statement

WITNESS: _____

Subscribed and sworn to before me by on this the ___ day of _____ A.D. 20___.

Notary Public in and for Collin County, Texas _____

AGENCY: 00                    INCIDENT REPORT        DATE PREPARED: 11/29/0:
                                                     INCIDENT  NO:  200200515 6!

```
*********************
* OFFENSE NARRATIVE *
*********************
```

On 06/03/02, I (Officer Wicker #1534) was dispatched to a robbery
at General Nutrition Center located at 5960 West Parker #224.
Notes on the call stated a white male, 5'10", approximately 20,
black hair and brown eyes, took $300 in cash, Muscle Milk
products, and a white handset.  Notes also stated the subject
produced a long gun, which later turned out to be a black pistol.

Upon my arrival at the location, I contacted the store owner/manager
of the store, who was the only employee at the time of the
robbery.  The subject was identified at Sheela Singh (W/F (          '.
Singh advised a white male, dressed in a red shirt and khaki pants,
walked into the store at approximately 1410 hours.  The subject
then went back towards the Muscle Tech products and then grabbed
two Muscle Milk containers valued at $40 each and walked up
towards the register when the store was empty.  The subject was
a white male approximately 5'10", weight 160, black hair, brown
eyes, with no facial hair.  He then produced a black handgun,
pointing it at the store owner and stated, "Give me the money.
Just move out of the way and don't do anything stupid."  The
suspect then opened the cash register and took $300 in cash,
the muscle milk products and a white portable telephone and left
through the front door of the store.

CID and ID were paged.  When ID responded, they attempted to take
latent fingerprints from inside the store and it is unknown at
this time if ID was able to retrieve any latent fingerprints.
There was also a subject working next door to General Nutrition
Center who stated she saw a young male approximately 20 years
old walking fast southbound on the sidewalk in front of the
stores.  The subject was light skinned and had dark short hair
and dark clothing and was carrying a white plastic bag with some
GNC products in it.  She did not see the subject get into a
vehicle.  The witness' name is Rebecca Bullard (W/F          .

There is no further information available at this time.

MLC
06/03/02



# PLANO POLICE DEPARTMENT
## SUPPLEMENTAL WARRANT INFORMATION
### (Please Type or Print)

WARRANT NUMBER 2002-P-461      DATE OF WARRANT 6-7-02

ISSUING JUDGE Haden                    COURT municipal Court

CHARGE Agg Robbery                     BOND $100,000

DEFENDANT'S NAME Childers, Brad Michael
　　　　　　　　　　　　　(Last)　　　(First)　　　(Middle)

SEX m      RACE w      D.O.B. _____      HAIR Blh

EYES Blue      HEIGHT 5'11      WEIGHT 157

DRIVERS LICENSE INFORMATION:

STATE_____ NUMBER _____      RESTRICTIONS_____

VEHICLE DESCRIPTION:

MAKE_____ MODEL_____ COLOR_____ LICENSE NO._____ STATE_____

HOME ADDRESS 806 Red OAK Dr. Lewisville 75067
　　　　　　(Number　Street　City　State　Zip Code)

WORK ADDRESS _____ unk
　　　　　　(Number　Street　City　State　Zip Code)

PRESENT LOCATION unk

ADDITIONAL INFORMATION_____

INVESTIGATING POLICE OFFICER(S)_____

ORIGINAL

Made by: Charles Marks #1169

INVESTIGATING OFFICER(S):

Charles Marks, Jake Wicker

ARRESTING OFFICER(S):

None

DEFENDANT:

Childers, Brad Michael

LOCATION OF DEFENDANT:

At large/Warrant issued

DOB: _____ AGE: 20  RACE: White  SEX: Male  HGT: 5'11"  WGT: 160  EYES: Blue  HAIR: Blond

RESIDENCE: 806 Red Oak, Lewisville, Texas

DATE OF ARREST: ___ NA ___          PLACE OF ARREST: ___ NA ___

ARREST NO: __ NA __  OFFENSE NO: 2002-51565  WARRANT NO: 2002-P-464  JUDGE: McCarthy

CHARGE: Aggravated Robbery PC 29.03          HABITUAL/SERIOUS OFFENDER: Yes

DATE AND TIME OF OFFENSE: 06-03-02 at 1410 hours

WHERE AND HOW COMMITTED: 5960 West Parker Road, Suite 224, Plano, Collin County, Texas. The defendant did then and there intentionally, knowingly in the course of committing a theft, as defined in Chapter 31, place another in fear of imminent bodily injury or death and used or exhibited a deadly weapon.

VICTIM: Singh, Sheela, W/F,          ADDRESS: 5967 Shy Drive, Frisco, Texas

PROPERTY TAKEN/DAMAGED AND EVIDENCE OF VALUE: $300.00 of U.S. currency, two cans of Milk supplement valued at $80.00, and a portable telephone valued at $50.00

EVIDENCE AND SEIZURES: A six-photograph line-up

VOLUNTARY STATEMENT(S) OF: Sheela Singh

CO-DEFENDANT(S): None

OTHER CHARGES: Two additional aggravated robbery offenses by the Plano Police Department

Officers Approval: _____  Supervisors Approval: ___ 6/17/02 ___
06-12-02 PB

(below for DA use only)
( )  Case has been accepted.          By: _____  Date: _____
( )  Case has been refused.           By: _____  Date: _____
( )  Case has been returned for further information as set forth below.

Comments to investigating officer: _____

Witnesses:                              Charging Instructions:

Miscellaneous:                          Recommendation: